IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUN RIVER ENERGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:13-CV-2456-D |
| VS. | § | |
| | § | |
| HARRY NEAL McMILLAN, et al., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

For the reasons set out in memorandum opinions and orders filed September 25, 2014, November 3, 2014, and January 13, 2015, and a memorandum opinion filed today, it is ordered and adjudged that plaintiff Sun River Energy, Inc. ("Sun River") recover judgment against defendant Harry Neal McMillan ("McMillan") in the sum of $669,104.32, and recover judgment against defendant Cicerone Corporate Development, LLC ("Cicerone") in the sum of $1,015,212.30.  Of the sums awarded in favor of Sun River, McMillan and Cicerone are jointly and severally liable in the sum of $501,104.32.  Sun River shall also recover post-judgment interest on the sum awarded against each defendant at the rate of 0.25% per annum.

Sun River's taxable costs of court, as calculated by the clerk of court, are assessed against McMillan and Cicerone, jointly and severally.

Done at Dallas, Texas March 25, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE